UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:07-CR-0067-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | January 31, 2008 |
| | ) | |
| ALEXANDER MENDIOLA BERMUDES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed a Motion to Remit Mandatory Penalty Assessment (Doc. #14).

Plaintiff's Motion to Remit Mandatory Penalty Assessment (Doc. #14) is GRANTED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:            /s/
        Deputy Clerk